# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DAVID WILLIAMS,**

        **Plaintiff,**           :

      **v.**                     **Case No. 2:25-cv-1339**
                                   **Chief Judge Sarah D. Morrison**
                                   **Magistrate Judge S. Courter M.**
**OHIO DEPARTMENT OF**          **Shimeall**
**REHABILITATION AND**
**CORRECTIONS,** *et al.,*       :

        **Defendants.**

## ORDER

In a February 23, 2026 Report and Recommendation, the Magistrate Judge recommended that the Court dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). (R&R, ECF No. 5.) The R&R advised Plaintiff of the right to file objections and the consequences of failing to do so. (*Id.*) No objections have been filed, and the R&R was returned as undeliverable. "By failing to keep the Court apprised of his current address, Plaintiff [further] demonstrates a lack of prosecution of his action." *Walker v. Cognis Oleo Chem., LLC*, No. 1:07cv289, 2010 WL 717275, at *1 (S.D. Ohio Feb. 26, 2010) (Barrett, J.).

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, this action is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case.

        **IT IS SO ORDERED.**

                           /s/ Sarah D. Morrison
                           **SARAH D. MORRISON, CHIEF JUDGE**
                           **UNITED STATES DISTRICT COURT**